IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALAN KENT SHARP                                                                                           PLAINTIFF
#203267

v.                                           3:23-cv-00057-BSM-JJV

KEVIN BELL, Sheriff,
Randolph County Sheriff's Department, *et al.*                                              DEFENDANTS

## ORDER

Alan Kent Sharp ("Plaintiff") is a pretrial detainee in Randolph County Jail. He has filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Jail Administrator Melissa Sisco violated his: (1) Eighth Amendment right to receive adequate medical care for a hernia; and (2) First Amendment religion rights by refusing to give him a Bible or allow him to attend church services at the jail. (Doc. 6.) I conclude, for screening purpose only, Plaintiff has pled plausible claims against Defendant Sisco in her personal capacity only.[1]

IT IS, THEREFOR, ORDERED that the Clerk of the Court shall prepare a summons for Defendant Jail Administrator Melissa Sisco at the Randolph County Jail, 1510 Pace Road, Pocahontas, AR 72455. The United States Marshal shall serve the summons, Amended Complaint (Doc. 6), and this Order on her without prepayment of fees and costs or security therefor.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

DATED this 11th day of April 2023.

                                                _____
                                                JOE J. VOLPE
                                                UNITED STATES MAGISTRATE JUDGE