IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALAN KENT SHARP                                                                                          PLAINTIFF
#203267

v.                                              3:23-cv-00057-BSM-JJV

KEVIN BELL, Sheriff,
Randolph County Sheriff's Department, *et al.*                                               DEFENDANTS

## ORDER

Alan Kent Sharp ("Plaintiff") is a pretrial detainee in Randolph County Jail. He has filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Jail Administrator Melissa Sisco violated his: (1) Eighth Amendment right to receive adequate medical care for a hernia; and (2) First Amendment religion rights by refusing to give him a Bible or allow him to attend church services at the jail. (Doc. 6.) I conclude, for screening purpose only, Plaintiff has pled plausible claims against Defendant Sisco in her personal capacity only.[1] Service on Defendant Sisco at the Randolph County Jail has been returned unexecuted because she no longer works there. (Doc. 9.) Accordingly, the Court will direct service be attempted at her last known private address, which will be filed under seal.

IT IS, THEREFORE, ORDERED that:

1.    The Clerk shall file Defendant Sisco's private mailing address **under seal.**

2.    The Clerk shall prepare a summons for restricted delivery to Defendant Sisco at her sealed address. The United States Marshal shall serve the summons, Amended Complaint (Doc.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

6), and this Order on her without prepayment of fees and costs or security therefor.  **Defendant's sealed address must be redacted from the return of service and all other public portions of the record.**

DATED this 15th day of June 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE