IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALAN KENT SHARP**                                                                                              **PLAINTIFF**
ADC #203267

v.                                              CASE NO. 3:23-CV-00057-BSM-JJV

**KEVIN BELL,** *et al.*                                                                                         **DEFENDANTS**

## ORDER

Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 8] is adopted in full. Sharp's claims against Bell and Macomas, and his official capacity claims against Sisco, are dismissed without prejudice. Sharp's individual capacity claims against defendant Sisco may proceed.

IT IS SO ORDERED this 21st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE