IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALAN KENT SHARP                                                                                   PLAINTIFF
#203267

v.                                      3:23-cv-00057-BSM-JJV

KEVIN BELL, Sheriff,
Randolph County Sheriff's Department, *et al.*                                        DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.     DISCUSSION**

On February 28, 2023, Alan Kent Sharp ("Plaintiff") commenced this *pro se* action seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 2.) During screening mandated by 28 U.S.C. § 1915A, the Court concluded Plaintiff pled plausible inadequate medical care and free exercise claims against Defendant former Jail Administrator Sisco. (Doc. 8, 12.) All other claims and defendants were dismissed. (*Id*.) Thereafter, service on Defendant Sisco at the Randolph County Jail and at her last known private mailing address was returned unexecuted. (Docs. 9, 15.) Accordingly, on August 3, 2023, I entered an Order explaining to Plaintiff it was his

obligation to provide a valid service address for Defendant Sisco and advised him I would recommend this case be dismissed if he did not do so within thirty days. (Doc. 16.)

Plaintiff has not complied with my August 3, 2023 Order, and the time to do so has passed. Accordingly, I recommend this case be dismissed due to a lack of service. *See* Fed. R. Civ. P. 4(m) (any defendant who is not served within ninety days after the complaint is filed may be dismissed without prejudice); *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (It is a plaintiff's responsibility to provide valid service information for each defendants).

**II.   CONCLUSION**

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Amended Complaint (Doc. 6) be DISMISSED without prejudice, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 7th September 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE