IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALAN KENT SHARP                                                                    PLAINTIFF
#203267

v.                                   CASE NO. 3:23-CV-00057-BSM

MELISSA SISCO                                                                      DEFENDANT

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 17] is adopted, and Sharp's amended complaint [Doc. No. 6] is dismissed without prejudice for lack of service.

IT IS SO ORDERED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE