IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALAN KENT SHARP                                                          PLAINTIFF
#203267

v.                               CASE NO. 3:23-CV-00057-BSM

MELISSA SISCO                                                            DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE